**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18MJ02120 |
| Plaintiff, | : | |
| | : | MAGISTRATE JUDGE |
| vs. | : | DAVID A. RUIZ |
| | : | |
| DEMETRIUS PITTS, | : | **DEFENDANT'S UNOPPOSED** |
| | : | **MOTION TO CONTINUE** |
| Defendant. | : | **PRELIMINARY AND DETENTION** |
| | : | **HEARINGS** |

Defendant Demetrius Pitts, through counsel moves this Honorable Court for an Order continuing the preliminary and detention hearings currently scheduled for July 5, 2018. Defense counsel has discussed this matter with Assistant United States Attorney Michelle Baeppler and she stated that the government has no objection to this motion.

Given the July 4th holiday, the current detention hearing date does not allow sufficient time for defense counsel to meet with the defendant and to review the case prior to the detention hearing. This request is made in the interest of justice and not for needless delay.

For the court's convenience, defense counsel and government counsel are available the morning of July 9, 2018.

For the reason stated herein, Mr. Pitts respectfully request that this Court grant this motion and continue the preliminary and detention hearings.

Respectfully submitted,


STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928

*/s/TIMOTHY C. IVEY*
TIMOTHY C. IVEY
Assistant Federal Public Defender
Ohio Bar:  0039246
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: timothy_ivey@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2018, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

>*/s/Timothy C. Ivey*
>TIMOTHY C. IVEY
>Assistant Federal Public Defender
>Ohio Bar:  0039246