IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1: 18 MJ 2120 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| DEMETRIUS N. PITTS, | ) | MOTION FOR HEARING ON SPEEDY |
| | ) | TRIAL WAIVER |
| Defendant. | ) | |

Now come the United States of America, by and through the United States Attorney, Justin E. Herdman, and Assistant United States Attorney, Michelle M. Baeppler, and hereby requests this Court hold a hearing regarding the waiver of speedy trial by defendant.  A fully executed waiver is attached hereto.

                                             Respectfully submitted,

                                             JUSTIN E. HERDMAN
                                             United States Attorney

                       By:    /s/ Michelle M. Baeppler
                              Michelle M. Baeppler (OH: 0065378)
                              Assistant United States Attorney
                              United States Court House
                              801 West Superior Avenue, Suite 400
                              Cleveland, OH 44113
                              (216) 622-3995
                              (216) 685-2378 (facsimile)
                              Michelle.Baeppler@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July 2018 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Michelle M. Baeppler
Michelle M. Baeppler
Assistant U.S. Attorney