IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1: 18 MJ 2120 |
| Plaintiff, | ) ) | MAGISTRATE JUDGE DAVID A. RUIZ |
| v. | ) ) ) | |
| DEMETRIUS N. PITTS, | ) ) | WAIVER OF RIGHTS PURSUANT TO SPEEDY TRIAL ACT OF 1984 |
| Defendant. | ) | |

We, the attorneys for the respective parties, and I, Demetrius N. Pitts, the defendant, with the consent of the Court, hereby waive any of the rights to have this case presented to a Grand Jury within thirty (30) days pursuant to the provisions of Title 18, United States Code, Sections 3161(b) and 3161(h). I waive this right for a period of sixty days from July 31, 2018, up to and including September 29, 2018.

_____
Michelle M. Baeppler
Assistant U.S. Attorney

_____
Charles Fleming
Counsel for Defendant

_____
Demetrius N. Pitts
Defendant

_____
David A. Ruiz
United States Magistrate Judge