

12-11-18

Case No. 1:18MJ2120

To Judge Ruiz.

My name is Demetrius N Pitts. I'am write to Inform you. That i no Longer want. Charles Flemings ask my Atty. I would Like another atty it that is possible sir. I don't feel mr Flemings is act right for me at all. In other words i don't feel comfortable at all sir. Now i alredy Inform mr. Flemings that i no Longer wanted him. So if It's possible sir can? You oppoint me another atty sir.

thank you.
Judge Ruiz

P.s. excuse my hand writeing. My hand is broken sir.

Demet Pitt